DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALBERTO PESCATORE,** individually, and
**DEEPER BLUE SEA, LLC,** a Florida limited liability company,
Appellants,

v.

**JOSE LUIS FERNANDEZ,**
Appellee.

No. 4D2023-0823

[May 14, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack Tuter, Judge; L.T. Case No. CACE19009643.

Ilene L. Pabian, Christopher N. Bellows, and Chazz Freeman of Holland & Knight LLP, Miami, and Morgan Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellants.

Elliot B. Kula and William D. Mueller of Kula & Associates, P.A., Miami, for appellee.

### *ORDER ON POST-DISPOSITION MOTIONS*

PER CURIAM.

We sua sponte withdraw our order denying appellants' post-disposition motions and substitute the following:

Appellants' post-disposition motions appear to miss the point of the panel opinion. The opinion does not hold that a hearsay objection is insufficient to preserve an objection to hearsay. Here, after the appellants objected to "hearsay," the appellee identified the business records exception to the rule against hearsay. At that point, it was incumbent upon the appellants to specify the infirmity in the predicate and obtain a ruling on the specific objection that they later asserted on appeal. *See generally Carratelli v. State*, 832 So. 2d 850, 856–57 (Fla. 4th DCA 2002). Had an objection been specific, it might have directed the trial judge's attention away from the issue of authentication to the perceived deficiency in the predicate for the business records exception.

We note that on the issue of the statute of frauds jury instruction, we affirmed on the two-issue rule.

The motions for rehearing, certification of questions, and stay are denied. As set forth above, the motion for written opinion is granted in part and denied in part.

WARNER, GROSS and LEVINE, JJ., concur.

\* \* \*

***No further motions for rehearing shall be permitted.***